IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MAHWASH AHMED, | |
|---|---|
| *Plaintiff,* | |
| v. | CIVIL ACTION NO. 19-05316 |
| WELLS FARGO BANK, NA, | |
| *Defendant.* | |

# **ORDER**

**AND NOW**, this 9th day of January 2020, upon consideration of Defendant Wells Fargo's Motion to Dismiss (ECF No. 2), Plaintiff Ahmed's Response (ECF No. 3) and Wells Fargo's Reply (ECF No. 4), it is hereby **ORDERED** that the Motion is **GRANTED**:

1. Counts I and IV are **DISMISSED** with prejudice;

2. Counts II and III are **DISMISSED** without prejudice; and

3. Ahmed may file an amended complaint on or before January 24, 2020.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.